## IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

LARAY UZOCHUKWU,                )
                                )
                Plaintiff,      )
vs.                             )        NO. CIV-11-1512-HE
                                )
JUSTIN JONES, *et al.,*         )
                                )
                Defendants.     )

## ORDER

Plaintiff Larry Uzochukwu, a state prisoner appearing *pro se*, filed this § 1983 action alleging he was subject to excessive force, denied medical care and possibly retaliated against in violation of his constitutional rights while incarcerated.  Consistent with 28 U.S.C. §636(b)(1)(B), the matter was referred to Magistrate Judge Robert E. Bacharach, who has recommended that the motion for summary judgment filed by the thirteen prison workers plaintiff sued be granted.

Plaintiff failed to object to the magistrate judge's Report and Recommendation and thereby waived his right to appellate review of the factual and legal issues it addressed.  United States v. One Parcel of Real Property, 73 F.3d 1057, 1059-60 (10th Cir. 1996); *see* 28 U.S.C. § 636(b)(1)(C).  Accordingly, the court adopts Magistrate Judge Bacharach's Report and Recommendation and **GRANTS** the defendants' motion [Doc. #37].  Summary judgment is entered in favor of defendants Chester, Whitten, Mead, Cantwell, Billings, Hildner, Pool, Frazier, Stouffer, Sharbutt, Robinson, Ford, and Brashears and against plaintiff.

**IT IS SO ORDERED**.

Dated this 14th day of January, 2013.

_____
JOE HEATON
UNITED STATES DISTRICT JUDGE